**Motion Denied and Order filed January 10, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00900-CV

_____

## IN THE INTEREST OF S.R.G. AND C.J.G., CHILDREN

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2015-05307J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Both the mother (J.M.J.) and the father (A.A.G.) have appealed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. See Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

J.M.J. is represented by appointed counsel, **William Thursland**. J.M.J.'s brief was originally due December 19, 2016. We granted J.M.J.'s motion to extend time

to file her brief until January 9, 2017, and stated no further extensions would be granted absent extraordinary circumstances. No brief was filed. On January 9, 2017, counsel filed a further request for extension of time to file appellant's brief. No extraordinary circumstances were alleged.

We deny the request for extension and issue the following order.

We order **William Thursland** to file a brief with the clerk of this court on or before **January 18, 2017**. If the brief is not filed by that date, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.